IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 23-cv-14303 |
| v. ) | |
| ) | |
| ANTHONY'S PIZZA HOLDING ) | |
| COMPANY, LLC d/b/a ANTHONY'S ) | Judge John F. Kness |
| COAL FIRED PIZZA ) | |
| ) | Magistrate Judge M. David Weisman |
| ) | |
| and ) | |
| ) | |
| ANTHONY RODRIGUEZ, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM

NOW COMES Plaintiff Jane Doe, by and through her attorneys, Legal Aid Chicago, and moves for leave to proceed under the pseudonym Jane Doe.

1. The Complaint in this matter (Doc. #1) contains a lengthy factual background describing in detail Ms. Doe's experience of sexual harassment and sexual assault, which culminated in two rapes.

2. The Seventh Circuit has long recognized that "fictitious names are allowed when necessary to protect the privacy of children, rape victims, and other particularly vulnerable parties or witnesses." *Doe v. Blue Cross & Blue Shield United*, 112 F.3d 869, 872 (7th Cir. 1997); *see also Doe v. Vill. Of Deerfield*, 819 F.3d 372, 377 (7th Cir. 2016).

3. As set out in detail in Ms. Doe's Memorandum of Law, filed herewith, the facts and circumstances of this case amply warrant granting her leave to proceed under a pseudonym.

4. Doing so is necessary to protect her privacy as a rape victim. The alternative would serve to embarrass, punish and stigmatize her, solely based upon her status as a rape victim.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order permitting her to proceed with this action anonymously, under the pseudonym Jane Doe.

Dated: December 28, 2023

        Respectfully submitted,
        Plaintiff Jane Doe

        /s/ Joseph Garcia
        _____

        Joseph Garcia
        Legal Aid Chicago
        120 S. LaSalle Street, Suite 900
        Chicago, Illinois 60603
        (312) 347-8350
        jgarcia@legalaidchicago.org

        Dolores Ayala
        Legal Aid Chicago
        120 S. LaSalle Street, Suite 900
        (312) 229-6353
        dayala@legalaidchicago.org

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2023, I electronically filed the foregoing **PLAINTIFF'S MOTION TO PROCEED UNDER A PSEYDONYM** herein with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to the registered CM/ECF participants.

      /s/ Joseph Garcia
      _____