UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jane Doe

                                                          Plaintiff,

v.                                                                         Case No.: 1:23−cv−14303
                                                                             Honorable John F. Kness

Anthony's Pizza Holding Company, LLC, et al.

                                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 2, 2024:

        MINUTE entry before the Honorable John F. Kness: Plaintiff's Motion to proceed under a pseudonym [16] is granted. Although the Seventh Circuit disfavors anonymity in legal proceedings, it has identified categorical exceptions to the rule requiring parties' real names. Fictitious names "are allowed when necessary to protect the privacy of children, rape victims, and other particularly vulnerable parties or witnesses." Doe v. Blue Cross & Blue Shield United of Wis., 112 F.3d 869, 872 (7th Cir. 1997). Conversely, the Seventh Circuit generally disfavors allowing sexual harassment claimants to proceed anonymously. See Doe v. City of Chicago, 360 F.3d 667, 669 (7th Cir. 2004). Although the issue is close, the Court agrees that Plaintiff has met her burden and should be allowed to proceed pseudonymously. Plaintiff has offered sufficient support for the harms she will allegedly suffer if her identity was revealed at this stage of the litigation, so the Court finds her argument overcomes the "strong presumption of public access." HTG Cap. Partners, LLC v. Doe(s), 2015 WL 5611333, at *8 (N.D. Ill. Sept. 22, 2015). Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.